# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TERESA FARIS, on behalf of herself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>DREAMLAND HOLDING COMPANY, LLC,<br>Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION No. 24-00381-KD-B<br>)<br>)<br>)<br>) |

## STIPULATED FINAL JUDGMENT

In accordance with the Order issued this date approving the parties' settlement under the Fair Labor Standards Act, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiffs Teresa Faris and Jovan Brown and against Defendant Dreamland Holding Company, LLC in the amount approved in the settlement, plus reasonable attorneys' fees as approved in the settlement.

Accordingly, this action is **DISMISSED with prejudice.**

**DONE** this **25th** day of **November 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**